UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JAMES MILFORD BUTTON, III. | CIVIL ACTION NO. 22-679-P |
| VERSUS | JUDGE FOOTE |
| CAPTAIN JACOBS | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 3rd day of ~~September~~ October 2022.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE